UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

OCT 26 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:23-cr-60-REW

UNITED STATES OF AMERICA                                      PLAINTIFF

V.            **MOTION OF UNITED STATES
              FOR ISSUANCE OF ARREST WARRANT**

JESSE E. KIPF                                                 DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **JESSE E. KIPF**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Dieruf
Kathryn M. Dieruf
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Dieruf@usdoj.gov