UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:23-CR-00060-REW-EBA-1

UNITED STATES OF AMERICA,                                                                                    PLAINTIFF,

V.                                                         **ORDER**

JESSE E. KIPF,                                                                                                         DEFENDANT.

*** *** *** ***

This matter is before the Court on the United States' motion, pursuant to 18 U.S.C. § 3771(d)(2), to employ an alternative victim notification procedure on the grounds that the number of crime victims in the case makes it impracticable to afford all the victims the rights described in 18 U.S.C. § 3771(a). [R. 18]. Specifically, the United States asserts that the investigation has revealed potentially thousands of individuals who may be victims in this case. The United States proposes to use a publicly accessible United States Department of Justice website to post a case-specific page that will contain all the required notifications. In addition, the United States proposes to issue a press release directing victims to the website for more information.

The Crimes Victims' Rights Act (the "Act"), codified at 18 U.S.C. § 3771, provides certain rights to victims in federal criminal cases, including the right to "reasonable, accurate, and timely notice" of public court proceedings. 18 U.S.C. § 3711(a). For crimes involving "multiple crime victims," the Court has discretion to adopt procedures to afford victims' rights without unduly interfering with the criminal proceedings. 18 U.S.C. § 3711(d)(2). Accordingly,

IT IS ORDERED that the Court, being fully advised, GRANTS the United States' motion to employ the alternative victim notification procedures proposed. [R. 18]. The United States shall

post a case-specific webpage that contains all required notifications and issue a press release directing victims to that page for more information.

Signed November 20, 2023.

Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge