**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:23-60-REW**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**


**V.**           **RESPONSE TO MOTION TO CONTINUE TRIAL**


**JESSE E. KIPF**                                                    **DEFENDANT**

* * * * *

The Defendant filed a motion to continue the trial, currently scheduled for January 17, 2024. [R. 21: Motion to Continue.]  As grounds, the Defendant stated he needs additional time to work through plea negotiations with the United States. [*Id.*]  Per the Court's order [R. 22: Order], the United States responds to indicate it has no objection to the motion to continue.


                              Respectfully submitted,

                              CARLTON S. SHIER, IV
                              ACTING UNITED STATES ATTORNEY

                    By:    /s/ Kathryn M. Dieruf
                           Kathryn M. Anderson
                           Assistant United States Attorney
                           260 W. Vine Street, Suite 300
                           Lexington, Kentucky 40507-1612
                           Kathryn.Dieruf@usdoj.gov
                           (859) 685-4885

CERTIFICATE OF SERVICE

On January 2, 2024, I electronically filed this response through the ECF system,

which will send the notice of electronic filing to:


       Thomas Paul Miceli
       *Attorney for Jesse E. Kipf*

                          Kathryn M. Dieruf
                          Assistant United States Attorney