UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 6:23-CR-60-REW-EBA-1 |
| ) | |
| v. ) | |
| ) | ORDER |
| JESSE E. KIPF, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Jesse E. Kipf moves to continue the trial currently set for January 17, 2024, for a period of 60 days. *See* DE 21 (Motion). The motion reflects counsel's consultation with Kipf and Kipf's consent to a trial continuance. *See id.* The Government responded and does not object to the motion. *See* DE 23 (Government Response). The matter is now ripe for review.

The Speedy Trial Act provides that a criminal trial "shall commence within seventy days from the filing date (and making public) of the . . . indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." 18 U.S.C. § 3161(c)(1). However, the Court shall exclude certain "periods of delay . . . in computing the time within which the trial of any such offense must commence[.]" *Id.* § 3161(h); *see generally United States v. Brown*, 819 F.3d 800, 809 (6th Cir. 2016). This includes "delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government," provided that the judge finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Pretrial motion pendency creates excluded time, under the STA.

1

On November 9, 2023, the Court arraigned Kipf, providing the effective start date for the STA analysis. *See* DE 15 (Minute Entry); *see also United States v. Richmond*, 735 F.2d 208, 211 (6th Cir. 1984) ("In calculating the seventy-day limit, the day of arraignment is excluded."). On that day, Kipf's trial was set for January 17, 2024. *See* DE 15; DE 17 (Pretrial Order). Three (3) days elapsed before the Government filed a motion for alternative victim notification, which paused the clock. *See* DE 18 (Government Motion). The motion was granted on November 20, 2023, and the clock resumed. *See* DE 19 (Order). Another thirty-nine (39) days passed until Kipf moved to continue the trial on December 29, 2023. *See* DE 21. **Twenty-eight (28) days** remain on the speedy trial clock.

When considering whether to grant a continuance, the Court must weigh, among other factors, whether failing to grant the continuance would "result in a miscarriage of justice" or "deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(i), (iv). As grounds, Kipf indicates that the parties are in active plea negotiations to resolve the matter. *See* DE 21. The Government does not object. *See* DE 23. The Court, noting the prevalence of and importance of time to accommodate an agreed resolution, thus finds, per § 3161(h)(7)(A), that the ends of justice served by granting the sought continuance outweigh the best interests of Defendant and the public in a speedier trial. This decision does not rest on any impermissible § 3161(h)(7)(C) grounds. Though time to resolve the matter justifies this continuance, the same basis is very unlikely to justify any further continuance in the case.

The Court thus **ORDERS** as follows:

1. The Court **GRANTS** DE 21 and **CONTINUES** the jury trial to **April 3, 2024, at 8:30**

**a.m.** (counsel and defendant shall appear by 8:00 a.m.) in London, Kentucky. Pretrial deadlines reset to the new date;

2. The Court **DECLARES** the time between January 17, 2024, and April 3, 2024, excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and per the STA findings in this Order; and

3. The Court **FINDS** this trial schedule STA compliant, per § 3161(h)(7) and the above analysis. If there is an objection to the speedy trial analysis, the objecting party shall file a motion within ten (10) days of this Order.

This the 8th day of January, 2024.

Signed By:
*Robert E. Wier*  REW
United States District Judge