UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 6:23-CR-60-REW-EBA |
| | ) | ORDER |
| JESSE E. KIPF, | ) ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Jesse E. Kipf moves for rearraignment. *See* DE 25 (Motion). The Court **GRANTS** DE 25 insofar as it seeks a hearing[1] and, pursuant to 28 U.S.C. § 636(b), **REFERS** rearraignment proceedings to United States Magistrate Judge Edward B. Atkins. In anticipation of rearraignment, the Court also **CANCELS** the jury trial set for April 3, 2024. *See* DE 24 (Order Continuing Trial).

This the 21st day of March, 2024.

Signed By:
Robert E. Wier
United States District Judge

---

[1] Administratively, this terminates the motion, but the substantive request for relief (to change plea) remains pending (for STA purposes) through the resolution of any post-hearing recommendation.