UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:23-CR-060-REW-01     At London     Date August 19, 2024

USA v. Jesse E. Kipf     X present   X custody   __ bond   __ OR   Age 39

DOCKET ENTRY: The parties appeared as noted. FBI Special Agent Ted Jones was also present on behalf of the United States. The Court confirmed that the United States notified the victims, but the victims did not intend to participate in today's hearing. The Court confirmed that all parties had received the Presentence Investigation Report (PIR) and had adequate time to review the report. Defendant orally confirmed that he had ample time to thoroughly review the report and was ready for today's sentencing.

The United States Probation Office confirmed that Defendant indeed provided the educational release authorizations as discussed in ¶ 67 of the PIR. Thus, the Court **AMENDS** (by these minutes) ¶ 67 to clarify that the educational release authorizations were provided by Defendant. The Court otherwise **ADOPTS** the PIR prepared by the United States Probation Office as its findings, including Guidelines calculations. The PIR shall be filed under seal. The Court **GRANTS** the United States's oral motion for the § 3E1.1 Third-Level Reduction. The Court **GRANTS** the United States's oral motion to dismiss Counts 1, 3-6, and 8-10 of the Indictment (DE 1) for reasons stated on the record; dismissal is effective upon judgment entry.

The Court noted forfeitability of the property identified in the DE 1 forfeiture allegation (per Kipf's amended plea agreement, see DE 38 ¶ 10, the Court's Order, see DE 40, and the Agreed Preliminary Order of Forfeiture, see DE 45). The Court finds that Defendant has an interest in such property, per the record, and, given the lack of objection, the Court's preliminary forfeiture adjudication is now final, per Rule 32.2. The Judgment will reflect forfeiture of the items listed in the Agreed Preliminary Order of Forfeiture. Further, the Court imposed the restitution amount (and to the stipulated payees) reflected in the amended plea agreement.

The Court heard counsel's arguments as to the proper sentence, and Defendant briefly allocuted. The Court **DENIES** the Defendant's oral motion for a downward variance for reasons fully described on the record. The Court orally announced the sentence and will issue a separate Judgment.

PRESENT: HON. ROBERT E. WIER, UNITED STATES DISTRICT JUDGE

| Derek Vonckx | Michelle Sliter | Elaine Haberer | Kathryn Dieruf |
|---|---|---|---|
| US Probation Officer | Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Dft  Thomas Miceli     X present   __ retained   X appointed

**PROCEEDINGS**: SENTENCING **(Non-Evidentiary)**

____   Objections to the Presentence Investigation Report are **SUSTAINED/OVERRULED** as the transcript will reflect.

  X    No objections to the Presentence Investigation Report.

____   The Court Reporter shall transcribe the portion of the hearing involving the Objections to the Presentence Report and file in the record.

| | |
|---|---|
| __X__ | Court's Advice of Right to Appeal read to defendant, a copy provided to Defendant, and he confirmed understanding. |
| __X__ | Transcript shall be deemed as written findings of Court. |
| __X__ | Judgment shall be entered (See Judgment & Commitment.) |
| ____ | Defendant to remain on bond and on conditions of release. |
| __X__ | Defendant remanded to the custody of the United States Marshals Service. |

Copies:  COR, USP, USM
Initials of Deputy Clerk:  mrs
TIC:   1/30

Signed By:
*Robert E. Wier*  /s/ REW
United States District Judge